J. L. TABOR, D/B/A Tabor Motor Company et al., Appellants,

v.

UNIVERSAL C. I. T. CREDIT CORPORATION, Appellee.

Court of Appeals of Kentucky.

Nov. 4, 1960.

E. R. Gregory, Bowling Green, for appellants.

Milliken & Milliken, G. D. Milliken, Jr., Bowling Green, for appellee.

PER CURIAM.

This is a motion for an appeal from a judgment awarding Universal C. I. T. Credit Corporation $1,700 against J. L. Tabor.

We have carefully considered the record and we find no errors therein prejudicial to the substantial rights of Tabor.

Wherefore, the motion for an appeal is overruled and the judgment is affirmed.